IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TRUSTEES OF CENTRAL LABORERS' )
PENSION, WELFARE & ANNUITY )
FUNDS, )
                                 Plaintiff, )
vs. )   CIVIL NO. 06-769-GPM
FRANK MICHAEL MCREE, Individually )
and d/b/a M&M Excavating, f/k/a McCree )
Excavating and Clearing, Inc., )
                                Defendant. )

# ORDER

**MURPHY, Chief District Judge:**

On October 11, 2006, Plaintiff filed a complaint pursuant to Sections 502 and 515 of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1132, 1145, seeking to collect delinquent health and welfare benefit contributions from Defendant (*see* Doc. 2). Defendant was personally served on October 16, 2006 (*see* Doc. 4). When he failed to answer or otherwise appear, the Clerk found him to be in default on December 6, 2006 (*see* Doc. 6). Plaintiff has now moved for a default judgment.

The motion for default judgment (Doc. 7) is **GRANTED**. Judgment shall be entered in favor of Plaintiff, Trustees of Central Laborers' Pension, Welfare & Annuity Funds, and against Defendant, Frank Michael McCree, individually and d/b/a M & M Excavating f/k/a McCree Excavating and Clearing, Inc., in the amount of **One Thousand Two Hundred Seventy Dollars and Twenty Seven Cents ($1,270.27)**, plus **Six Hundred Sixty Eight Dollars ($668.00)** in

attorney's fees and court costs, for a total judgment of **One Thousand Nine Hundred Thirty Eight Dollars and Twenty Seven Cents ($1,938.27)**.

**IT IS SO ORDERED.**

DATED: 01/10/07

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge
