# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRUSTEES OF CENTRAL LABORERS' PENSION, WELFARE & ANNUITY FUNDS,<br><br>    Plaintiff,<br><br>vs.<br><br>FRANK MICHAEL MCREE, Individually and d/b/a M&M Excavating, f/k/a McCree Excavating and Clearing, Inc.,<br><br>    Defendant. | CIVIL NO. 06-769-GPM |

## DEFAULT JUDGMENT

This action came before the Court on a motion for default judgment. *Doc. 7.* The issues having been heard and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order of January 10, 2007, judgment is entered in favor of Plaintiff and against Defendant, Frank Michael McCree, individually and d/b/a M & M Excavating f/k/a McCree Excavating and Clearing, Inc., in the amount of **One Thousand Nine Hundred Thirty Eight Dollars and Twenty Seven Cents ($1,938.27)**.

**DATED**: 01/10/07

                                                   NORBERT G. JAWORSKI, CLERK

                                                   By: s/ Linda M. Cook
                                                            Deputy Clerk

APPROVED: s/ G. Patrick Murphy
                   G. PATRICK MURPHY
                   U.S. DISTRICT JUDGE